

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | |
| vs. | : | CRIMINAL NO. 5:21-CR- 38 |
| | : | |
| JASPER BLACKSHEAR | : | VIOLATIONS: |
|    a/k/a "BO LOCK" | : |    21 U.S.C. § 846 |
| JERMAINE WHITE | : |    21 U.S.C. § 841(a)(1) |
| CHADRICK PURNELL | : |    21 U.S.C. § 841(b)(1)(C) |
|    a/k/a "SUGAR MAN" | : |    18 U.S.C. § 922(g)(1) |
| | : |    18 U.S.C. § 924(a)(2) |
| | : |    21 U.S.C. § 853 |
| _____ | : | |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (CONSPIRACY TO DISTRIBUTE COCAINE)

That from on or about May 7, 2021, through on or about May 17, 2021, in the Macon Division of the Middle District of Georgia, the Defendant,

**JASPER BLACKSHEAR a/k/a "BO LOCK,"
JERMAINE WHITE,**

knowingly and intentionally combine, conspire, and agree together and with each other, and with others, both known and unknown to the Grand Jury, to knowingly distribute a Schedule II controlled substance, to wit: cocaine; all in violation of Title 21, United States Code, Section 846 in connection with Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT TWO
### (POSSESSION OF A FIREARM BY A CONVICTED FELON)

On or about June 2, 2021, in the Macon Division of the Middle District of Georgia, the Defendant,

**CHADRICK PURNELL a/k/a "SUGAR MAN",**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, one (1) Kel-Tec, Model: P-11, 9mm Luger caliber semiautomatic pistol, Serial Number: #AL059, said firearm having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE
### (21 U.S.C. § 853- Criminal Forfeiture)

1. The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of the offense(s) in violation of Title 21, United States Code, Section 846 in connection with Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) set forth in Count One of this Indictment, the defendant(s),

### JASPER BLACKSHEAR a/k/a "BO LOCK,"
### JERMAINE WHITE,

shall forfeit to the United States of America pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly and indirectly, as a result of such offense(s), and any property, real or personal, used, or intended to be used in any manner or part to commit, or to facilitate the commission of the offense(s).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon exercise of due diligence;

    (b)    has been transferred, sold to or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

Presented By:

_____
WILLIAM R. KEYES
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this  10  day of  June , AD 2021.

_____
Deputy Clerk

3